# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| ANTRONE ARNESS THOMAS | * | |
| v. | * | Civil No. CCB-16-3112 |
| DAVID CHANDRAN, M.D. | * | |

## MEMORANDUM

Plaintiff Antrone Thomas, representing himself, has instituted this action against David Chandran, M.D. Dr. Chandran has filed a motion to dismiss, to which Thomas has responded.

The motion will be granted. As an initial matter, it appears that Dr. Chandran has not been properly served with process. However, a more fundamental defect is that Thomas has failed to state a claim upon which relief can be granted. Thomas was committed to the Clifton T. Perkins Hospital Center by the Circuit Court for Talbot County in January 2013 after being found incompetent to stand trial and dangerous. He was released in 2015. Thomas was under Dr. Chandran's care for only a few months, from March to July 2014. Dr. Chandran continued the same medications that had been prescribed to Thomas before, which Thomas refused to take. However, after Thomas lost an appeal from a decision by a clinical review panel that approved Thomas's medications over his objection, Thomas voluntarily started to take his prescribed medications.

In summary, Dr. Chandran was Thomas's treating physician for only several months in 2014, and there is no evidence of any misconduct or wrong done by him to Thomas during that time.

A separate order is being entered herewith granting defendant's motion to dismiss.


Date: November 15, 2017 _____/S/_____
Catherine C. Blake
United States District Judge